WILFRED J. CURRY, Respondent, v. JAMES M. MACKENZIE,
Appellant.

*Appeal — motion to dismiss denied.*

Reported below, 208 App. Div. 849.
(Submitted September 29, 1924; decided October 7, 1924.)

MOTION to dismiss an appeal from a judgment entered
April 5, 1924, upon an order of the Appellate Division
of the Supreme Court in the second judicial department,
which reversed an order of Special Term granting a
motion for summary judgment and granted said motion.

The motion was made upon the ground of failure to file the required undertaking.

*William B. Hall* for motion.

*James E. Woods* opposed.

Motion denied on payment of ten dollars costs by appellant within ten days, otherwise granted and appeal dismissed, with costs and ten dollars costs of motion.

(Submitted September 29, 1924; decided October 7, 1924.)